DICKINSON WRIGHT PLLC
Michael N. Feder
Nevada Bar No. 7332
Email:  MFeder@dickinsonwright.com
Gabriel A. Blumberg
Nevada Bar No. 12332
Email:  GBlumberg@dickinsonwright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada  89169-0965
Tel:    702-550-4400
Fax:    844-670-6009

*Attorneys for Defendant.*
*Cox Communications, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Harris Law Firm LLP,<br><br>                    Plaintiff,<br><br>v.<br><br>Cox Communications, Inc., a Delaware Corporation; Comcast Cable Communications, LLC, a Delaware Limited Liability Company, and Bandwidth Inc., a Delaware Corporation,<br><br>                    Defendants. | Case No.: 2:26-cv-1654-DJA<br>JOINT MOTION<br>~~STIPULATION~~ AND ~~[PROPOSED]~~ ORDER EXTENDING THE TIME FOR DEFENDANT COX COMMUNICATIONS, INC. TO ANSWER, RESPOND OR OTHERWISE PLEAD TO COMPLAINT<br><br>(FIRST REQUEST) |

Plaintiff Harris Law Firm, LLP ("Plaintiff") and Defendant Cox Communications, Inc. ("Cox Communications"), by and through its respective counsel and pending the Court's approval, hereby submit this Stipulation and [Proposed] Order Extending the Time for Defendant Cox Communications, Inc. to Answer, Respond or Otherwise Plead to the Compliant (First Request) filed in this action.

1.   Plaintiff filed its Complaint for Declaratory Relief, Injunctive Relief and Damages on June 1, 2026, (ECF No. 1).

2.   Cox Communications was served with the Complaint on or about June 3, 2026 (ECF No. 6).

3.   Pursuant to FRCP 12(a)(1)(A)(i), Cox Communications' deadline to answer,

1

respond or otherwise plead to the Complaint is June 24, 2026.

4. Counsel for Cox Communications was recently engaged and is in the process of investigating and assessing the allegations and claims asserted in the Complaint and requires additional time to do so.

5. Accordingly, the counsel for the parties hereby stipulate and agree to an extension of time to and including **Friday, July 24, 2026**, for Cox Communications to answer, respond or otherwise plead to the Complaint.

6. This is first request for an extension of time for Cox Communications to answer, respond or otherwise plead to the Complaint.

7. This Stipulation is made in good faith, not for purposes of undue delay, and supported by good cause.

IT IS SO STIPULATED.

Dated: June 23, 2026

LEX TECNICA

/s/ Samuel D. Castor
Samuel D. Castor (NV Bar No. 11532)
Kevin Ross (NV Bar No. 16617)
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Email: service@lextecnica.com

TECHNOLOGY LAW GROUP
Neil S. Ende (*pro hac vice forthcoming*)
5335 Wisconsin Avenue, NW, Suite 440
Washington, DC 20015
Email: nende@tlgdc.com

*Attorneys for Plaintiff Harris Law Firm LLP*

DICKINSON WRIGHT PLLC

/s/ Michael N. Feder
Michael N. Feder (NV Bar No. 7332)
Gabriel A. Blumberg (NV Bar No. 12332)
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Email:  mfeder@dickinson-wright.com
              gblumerg@dickinson-wright.com

*Attorneys for Defendant Cox Communications, Inc.*

Under Local Rule 7-1(c), a stipulation that has been signed by fewer than all the parties or their attorneys will be treated - and must be filed - as a joint motion.  The Court thus treats this filing as a joint motion and will expect that future filings follow Local Rule 7-1(c).  The Court GRANTS the joint motion (ECF No. 9).

DATED: 6/25/2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

