Abran E. Vigil, Esq.
Nevada Bar No. 7548
Robert S. Teuton, Esq.
Nevada Bar No. 16761
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Phone: (702) 471-7000
Fax   : (702) 471-7070
Email:  vigila@ballardspahr.com
Email: teutonr@ballardspahr.com

*Attorneys for Defendant*
*Comcast Cable Communications, LLC*

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HARRIS LAW FIRM LLP, a Nevada Limited Liability Company<br><br>Plaintiff,<br><br>vs.<br><br>COX COMMUNICATIONS, INC. a Delaware Corporation, COMCAST CABLE COMMUNICATIONS, LLC, a Delaware Limited Liability Company, and BANDWIDTH INC., a Delaware Corporation,<br><br>Defendants. | Case No.: 2:26-cv-01654-DJA<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR COMCAST CABLE COMMUNICATIONS, LLC TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Defendant Comcast Cable Communications, LLC ("Comcast") and plaintiff Harris Law Firm LLP ("Plaintiff"), each through counsel, stipulate as follows:

1.     On June 1, 2026, Plaintiff filed a Complaint for Declaratory Relief, Injunctive Relief, and Damages (Complaint) (Dkt. No. 1).

2.     On June 3, 2026, the Summons and Complaint were served on Comcast (Dkt. No. 4), resulting in a deadline to answer or otherwise respond on June 24, 2026.

3.     Comcast requires additional time to confirm certain information about Plaintiff's claims and to investigate its files in order to provide a meaningful response to the allegations in the Complaint. Therefore, Plaintiff has agreed that Comcast shall have up to and including July 24, 2026 to respond to the Complaint.

4. Comcast has not previously requested any extension of time to respond to the Complaint and affirms that this request is made in good faith and will not prejudice the parties to this action.

Dated: June 22, 2026

LEX TECNICA

By: /s/ Samuel D. Castor
   Samuel D. Castor, Esq.
   Nevada Bar No. 11532
   Kevin Ross, Esq.
   Nevada Bar No. 16617
   10161 Park Run Drive, Suite 150
   Las Vegas, Nevada 89145
   Tel: (725) 239-8413
   service@lextecnica.com

*Attorneys for Plaintiff Harris Law Firm LLP*

Dated: June 22, 2026

BALLARD SPAHR LLP

By: /s/ Abran Vigil
   Abran E. Vigil, Esq.
   Nevada Bar No. 7548
   Robert S. Teuton, Esq.
   Nevada Bar No. 16761
   1980 Festival Plaza Drive, Suite 900
   Las Vegas, Nevada 89135
   Phone: (702) 471-7000
   Fax:    (702) 471-7070
   Email:  vigila@ballardspahr.com
   Email: teutonr@ballardspahr.com

*Attorneys for Defendant*
*Comcast Cable Communications, LLC*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED:____6/25/2026_____

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

2