**LEX TECNICA**
SAMUEL D. CASTOR, ESQ.
Nevada Bar No. 11532
KEVIN ROSS, ESQ.
Nevada Bar No. 16617
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone: (725) 239-8413
service@lextecnica.com

**TECHNOLOGY LAW GROUP**
NEIL S. ENDE, ESQ. (*pro hac vice forthcoming*)
Bar No. 339119
5335 Wisconsin Ave., NW, Suite 440
Washington, DC 20015
Phone: (202) 895-1707
nende@tlgdc.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Harris Law Firm LLP, a Nevada Limited Liability Company,<br><br>    Plaintiff,<br><br>  vs.<br><br>Cox Communications, Inc., a Delaware Corporation, Comcast Cable Communications, LLC, a Delaware Limited Liability Company, and Bandwidth Inc., a Delaware Corporation<br><br>    Defendants, | Case No.: 2:26-cv-1654<br><br>**JOINT MOTION AND [PROPOSED] ORDER EXTENDING THE TIME FOR DEFENDANT BANDWIDTH INC. TO ANSWER, RESPOND, OR OTHERWISE PLEAD TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Bandwidth Inc. ("Defendant") and Plaintiff Harris Law Firm LLP ("Plaintiff") (collectively, the "Parties"), hereby submit this Joint Motion and [Proposed] Order Extending the Time for Defendant Bandwidth Inc. to Answer, Respond, or Otherwise Plead to Complaint (First Request) filed in this action. In support of this Joint Motion, the Parties state as follows:

1

LEX TECNICA
10161 Park Run Drive, Ste 150
Las Vegas, Nevada 89145
(725) 239-8413

1. Plaintiff filed its Complaint for Declaratory Relief, Injunctive Relief and Damages on June 1, 2026 (ECF No. 1).

2. Defendant's Registered Agent was served with the Complaint on or about June 3, 2026.

3. Defendant's deadline to answer, respond, or otherwise plead to the Complaint was June 24, 2026.

4. This is the first request for an extension of time for Defendant to answer, respond, or otherwise plead to the Complaint.

5. Defendant needs additional time to investigate and assess the allegations and claims in the Complaint and to continue conferring with Plaintiff regarding the claims in the Complaint. Defendant is also working to secure counsel in Nevada.

6. Defendant and Plaintiff believe that a 30-day extension for Defendant to answer the Complaint is the best use of judicial resources, as the Parties reasonably believe that this matter may be resolved without further Court intervention.

7. Plaintiff's undersigned counsel (Samuel Castor) and Defendant's in-house counsel (Emily Harlan and Taylor Marks) met by video conference and have agreed to extend the deadline for Defendant to respond to the Complaint.

8. As a result, the Parties seek a 30-day extension of time to and including **Friday, July 24, 2026**, for Defendant to answer, respond, or otherwise plead to the Complaint.

9. Defendant has reviewed this Joint Motion, endorses it in full, and affirms that this request is made in good faith, not for purposes of undue delay, is supported by good cause, and will not prejudice the parties to this action.

Dated: June 30, 2026

Respectfully submitted,

**LEX TECNICA**
*/s/ Samuel D. Castor*
Samuel D. Castor, Esq. (NV Bar No. #11532)
Kevin Ross (NV Bar No. 16617)

10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Email: service@lextecnica.com

TECHNOLOGY LAW GROUP
Neil S. Ende (*pro hac vice forthcoming*)
5335 Wisconsin Avenue, NW, Suite 440
Washington, DC 20015
Email: nende@tlgdc.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
 DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Dated:    7/1/2026
_____

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 30th day of June, 2026, I served a copy of the foregoing **JOINT MOTION AND [PROPOSED] ORDER EXTENDING THE TIME FOR DEFENDANT BANDWIDTH INC. TO ANSWER, RESPOND, OR OTHERWISE PLEAD TO COMPLAINT,** upon all eligible electronic recipients via the United States District Court CM/ECF system and by emailing an attached adobe Acrobat PDF of the document to the email address(es) identified below.

Taylor Marks - tmarks@bandwidth.com
Emily Harlan - eharlan@bandwidth.com

*/s/ Brianna Show*
An employee of Lex Tecnica

LEX TECNICA
10161 Park Run Drive, Ste 150
Las Vegas, Nevada 89145
(725) 239-8413

4